**STATE of Missouri, Respondent,**

v.

**Leon JOHNSON, Appellant.**

**No. 46269.**

Missouri Court of Appeals,
Eastern District,
Division Three.

Aug. 30, 1983.

Motion For Rehearing and/or Transfer to Supreme Court Denied Oct. 12, 1983.

Application to Transfer Denied
Nov. 22, 1983.

Henry B. Robertson, Public Defender, St. Louis, for appellant.

John Ashcroft, Atty. Gen., Kristie Lynne Green, Asst. Atty. Gen., Jefferson City, for respondent.

ORDER

PER CURIAM.

Defendant appeals from his conviction, after a jury trial, of stealing without consent, § 570.030, RSMo (1978), enhanced to a felony under § 570.040, RSMo (1978). He was sentenced to imprisonment for twelve years as a persistent offender. No jurisprudential purpose would be served by a written opinion. The judgment of the trial court is affirmed pursuant to Rule 30.25(b).